# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK PHILIP DECAROLIS,

    Petitioner,

vs.

B. WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01379-KJD-PAL

**ORDER**

    This habeas matter is before the court on petitioner's motion to amend his petition (ECF #13). However, petitioner has failed to attach the proposed amended petition as required by Local Rule 15-1. Accordingly, petitioner's motion is denied.  However, if petitioner wishes to file an amended petition, he shall, within forty-five days, file a motion to amend his petition and attach the proposed amended petition.  No action by respondents is required until further order by this court.

    **IT IS THEREFORE ORDERED** that petitioner's motion to amend (ECF #13) is **DENIED** for failure to comply with LR 15-1.

    **IT IS FURTHER ORDERED** that, within **forty-five (45) days** of the date of this order, petitioner **SHALL FILE** a motion to file an amended petition and shall attach the proposed amended

1  petition.  If petitioner chooses not to file such a motion with an attached proposed amended petition,
2  this case shall proceed on petitioner's original petition (ECF #11).
3      DATED: April 14, 2015

_____
UNITED STATES DISTRICT JUDGE