# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK PHILIP DECAROLIS,

    Petitioner,

vs.

BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:14-cv-01379-KJD-PAL

**ORDER**

    This habeas matter is before the court on respondents' motion for extension of time to file a response to the amended petition (ECF No. 19). Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 19) is **GRANTED**. Respondents shall file their response to the amended petition within **thirty (30) days** of the date of entry of this order.

    Dated, this 30 day of September, 2015.

                                             UNITED STATES DISTRICT JUDGE