UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK PHILIP DECAROLIS,<br><br>　　　　　　　　Petitioner<br>　v.<br>BRIAN WILLIAMS, et al.,<br>　　　　　　　　Respondents | Case No. 2:14-cv-01379-KJD-PAL<br><br>ORDER |

This habeas matter comes before the court on petitioner's motion to extend time to oppose respondents' motion to dismiss (ECF No. 26). Respondents have filed their non-opposition (ECF No. 27). Good cause appearing,

**IT IS ORDERED** that petitioner's motion to extend time to oppose respondents' motion to dismiss (ECF No. 26) is **GRANTED**. Petitioner shall file his opposition on or before December 28, 2015.

DATED: 12 November 2015.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1